* Emergency Situation *                                    (Page 1)

United States District Court
Southern District of Illinois

Ned J James 3rd

v

Menard Corr Center
Mental Health Staff
Supervisor Ms. Butler
Doctor. Suarja
Doctor. Page
Mr. Jacob Weatherford
Ms. Creason
Ms. Thomas
Ms. Pappas

15-798-SMY

Case No:

SCANNED AT MENARD and Emailed
7-23-15  [initials]  No. ___ pages
date        initials     No.

Check one
X  Complaint Under the civil right act, title
42 Section 1983 U.S. Code

(I) Plaintiff(s)
a.  Ned J James 3rd
b.  has aliases
c.  I.D. # M11936
d.  Menard Corr Center
e.  P.O. Box 1000  Menard IL 62259

(II) Defendant(s)
a.  Ms. Butler

(Page 2)

Director or Supervisor of Mental Health
Menard Corr Center

(B.)   Mr. Jones
       Mental Health Doctor
       Menard Corr Center

(C)   Mr. Budge or Paige
      Mental Health Doctor
      Menard Corr Center

(D)   Mr. Jacob Weatherford
      Mental Health Worker
      Menard Corr Center

(E)   Ms. Creason
      Mental Health Worker
      Menard Corr Center

(F)   Ms. Thomas
      Mental Health Staff
      Menard Corr Center
      Menard Corr Center

(G)   Ms. P
      Mental Health Worker
      Menard Corr Center

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _unknown at the time_

B.   Approximate date of filing lawsuit: _2011, 2012, 2014, 2014, etc_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _none_

D.   List all defendants: _Burkhalter, Randal, Kerner, Dyer, Davida, Humphrey, Diaz, Marcci, Lt. Cinfran etc_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern & Central District_

F.   Name of judge to whom case was assigned: _Matthew Kennelly, Judge Alanzu, Aspen, etc_

G.   Basic claim made: _Excessive Force, & Failure to Protect etc._

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still Pending._

I.   Approximate date of disposition: _unknown_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved. including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

* Factual allegation *

(1.) On May 28, 2015 Plaintiff Ned James 3RD was transfer to Menard Corr Center.

(2.) Plaintiff Ned James 3RD is Seriously mentally ill & take Psychotic medication " Olanzapine, welbutrin, effexer.

(3.) Plaintiff spoke ms. Thomas, ms. Creason, Mr. Jacob weatherford, Dr. Juneja, Dr. Page & Ms. P_____ told Each one of the staff he needed his medication Just to be ignored.

(4.) While plaintiff went on Suicide watch June 7-10, 2015 due to denial of medication Director ms. Butler & another Man Black Female Mental Health worker was on 8 N2 5th speaking with inmate micheal Jackson when she left his Door Plaintiff Beg & Pleaded to speak to her due to the Fact he wasn't Getting his medication & he Suppose to Be in Dixon ms. Butler stated I'm not talking to You & Kept walking.

4

(5.) Plaintiff went a total of 83 days without his medication & still not receiving his wellbutrin.

(6.) Plaintiff wrote Health care Unit June 18, 19, 20, 2015 explaining he kept fainting due to no fan inside cell & He was suicidal but was being ignored by all staff.

(7.) On June 21, 2015 plaintiff fainted again & Hit his head on the cell wall & was unconscious. Plaintiff was written a disciplinary Report Because they claim he wasn't an asthmatic & charge plaintiff with giving false information to an employee & disobeying a direct order.

(8.) June 22, 2015 Jacob wetherford came to speak to plaintiff about the letters he wrote June 18, 19, 20, 2015.

(9.) Plaintiff explain to Jacob wetherford He haven't been getting His medication & He keep fainting in the cell he is suicidal mental worker wetherford said plaintiff was not puting plaintiff on watch Just Because he wasn't getting His meds & did not have a Fan He said "you seem fine to me & Plus its not in your charts".

(10.) Plaintiff Became threating to defendant & call Him names thats when He was placed on watch in a segregation cell House.

(11.) June 22, 2015 medtech Susan kirk came to @plaintiff cell door Because he was wheezing and said "Somebody fucked up you are an asthmatic its in your charts" gave plaintiff an asthma pump & made sure he was cool than walked away.

(12.) Mental Health care told the adjustment committee He is not smi and plaintiff was found guilty for the disobeying a direct order.

(13.) plaintiff told Dr. Suneja, Dr. Paio, ms thomas, ms. Butler, ms. creason, ms & about his medication & Him fainting inside the cell asking to be sent to Dixon etc. Just to be ignored & laughed at By staff.

(14.) So plaintiff kept trying to commit suicide & still is as he sit in Menard.

* Cause of action *

(15.) Each defendant failed to protect plaintiff From any harm or danger which is a violation of the 8th Amendment.

(16.) Each defendant were aware of plaintiff illnesses & complaints & kept ignoring Him this is Deliberate indifference.

(17.) Each defendant was cruel & unusual when they failed to deal with his illness & left him to die inside the cell which is cruel & unusual Punishment which violates the 8th Amendment.

(18.) Plaintiff suffered From acute delirium resulting From Denial of Medication, Hallucinating, lost of sleep, stress, mental anguish Homicidal thoughts, masturbatids Due to Hard on, tearful nights, waken up in cold sweats screaming which is Deliberate indifference 8th Amendment violation.

(19.) When plaintiff is placed on suicide watch its in the cell House cell in segregation cruel & Unusual Punishment, failure to protect Due to general population get to walk pass the cell & laugh at plaintiff Nakedness 8th Amendment violation.

(5)

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Immediate transfer to Dixon or Pontiac Corr Center. Plus a $ 700,000 for the damage this was caused & $ 200,000 attorney Fees.

**VI.**    The plaintiff demands that the case be tried by a jury.  ☒ YES    ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___8th___ day of ___July___, 20 __15__



_____
(Signature of plaintiff or plaintiffs)

Ned James 3rd
_____
(Print name)

K91030
_____
(I.D. Number)

P.O Box 1000
_____
Menard IL 62859
_____
(Address)

Revised 9/2007

## PRISONER CORRESPONDENCE FORM

Please fill out and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the Prisoner Correspondent records this information, this form will be destroyed.

**PLEASE PRINT**

1.  Name:

    _Nea_      _J_      _James_
    (First)              (Middle)              (Last)

    List Alias Names, if any: _____

    _____

2.  Any Current/Prior
    Prison ID Number(s): _K91930_

    Name of Prison(s): _Menard Corr Center_

3.  Jail ID Number(s): _____

    Name of Jail(s): _____

4.  Date of Birth: _June 10, 1980_

5.  Home Address (Do not use P.O. Box):

    Street Name and Number: _711 Kaskaskia_

    City, State and Zip Code: _Menard Ill 62859_